**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| HOWARD HAROLD DOUGAL, SR. } | |
| } | CASE NO. A22-53416-SMS |
| DEBTOR(S) } | |
| } | JUDGE SIGLER |

**Motion to Dismiss Pursuant to 11 U.S.C. § 109(h)**

COMES NOW, K. Edward Safir, Chapter 13 Trustee herein, and files this his Motion to Dismiss Pursuant to 11 U.S.C. § 109(h), respectfully showing the Court the following

1.

The Debtor(s) filed for relief under Chapter 13 of Title 11 on May 3, 2022.

2.

Section(s) 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code. 11 U.S.C. Section(s) 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

4.

Section(s) 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, and individual must file a certification with the Court that

i. describes the exigent circumstances that merit a waiver.

ii. states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

iii. is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. Section(s) 109(h) have not been met, the Debtor(s) is (are) not eligible for relief under Title 11 of the United States Code.

WHEREFORE, based on the foregoing, the Trustee respectfully requests the Court inquire into the foregoing, dismiss the instant case pursuant to 11 U.S.C. §§ 105(a) and 109(h), or in the alternative, convert this case to one under Chapter 7.

Dated: May 31, 2022

/s/
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
Georgia Bar Number 142399
285 Peachtree Center Ave., N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| HOWARD HAROLD DOUGAL, SR. } | |
| } | CASE NO. A22-53416-SMS |
| DEBTOR(S) } | |
| } | JUDGE SIGLER |

### Notice of Hearing on Motion to Dismiss Pursuant to 11 U.S.C. § 109(h)

PLEASE TAKE NOTE that K. Edward Safir, the Chapter 13 Trustee has filed a Motion to Dismiss Pursuant to 11 U.S.C. § 109(h) and related exhibits with the Court seeking an order of dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the motion at the following number: **toll-free number: (833) 568-8864; meeting ID 1611794270, at 10:00 A.M. on June 28, 2022 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.

Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. **The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 31, 2022

                                            Respectfully submitted,

                                            _____/s_____
                                            Albert C. Guthrie, Attorney
                                            for the Chapter 13 Trustee
                                            GA Bar No. 142399

A22-53416-SMS

## CERTIFICATE OF SERVICE

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Howard Harold Dougal, Sr.
1000 Lassie Lane
Fairburn, GA 30213

    I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

DATED: May 31, 2022

                                            /s/
                                    Albert C. Guthrie, Attorney
                                    for the Chapter 13 Trustee
                                    Georgia Bar Number 142399
                                    285 Peachtree Center Ave., N.E., Suite 1600
                                    Atlanta, Georgia 30303
                                    (404) 525-1110
                                    albertg@atlch13tt.com